UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL GREGORI FISCHMAN,<br><br>    Plaintiff,<br><br>v.<br><br>G4S INTERNATIONAL LOGISTICS (USA), INC., et al.,<br><br>    Defendants. | Case No. 15-cv-06893-AB (KSx)<br><br>**ORDER OF DISMISSAL** |

THE COURT having been advised by counsel that the above-entitled action has been settled and the settlement consummated;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and with prejudice, pursuant to the parties' stipulation.

Dated:  September 30, 2016   _____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1